UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-81152-CIV-BLOOM/REINHART

DONALD BURNS,

    Plaintiff,

v.

TOWN OF PALM BEACH,

    Defendant.
_____/



## ORDER SETTING CASE MANAGEMENT CONFERENCE AND DISCOVERY STATUS CONFERENCE

**THIS CAUSE** comes before this Court upon an Order of Reference from the District Court. It is hereby **ORDERED AND ADJUDGED** as follows:

Counsel shall appear before this Court on **April 16, 2018, at 2:00 p.m.** at the United States Courthouse, 701 Clematis Street, West Palm Beach, Florida, 33401, for a case management conference before Magistrate Judge Bruce Reinhart.

As set forth in Rule 16(a), the general purpose of this conference is to:

(1) expedite disposition of the action;

(2) establish early and continuing control so that the case will not be protracted because of lack of management;

(3) discourage wasteful pretrial activities;

(4) improve the quality of the trial through more thorough preparation; and

(5) facilitate settlement.

Specifically, the Court will review with counsel the provisions contained in the District Court's scheduling order and discuss the benefits of consenting to Magistrate Judge jurisdiction.

Counsel are encouraged to raise any issues they expect to arise in the case, and be prepared to discuss whether Defendant intends to file a motion to dismiss, whether Plaintiff anticipates amending the complaint, whether additional parties are likely to be added, whether a confidentiality/protective order is required, as well as the protocols to be used for the exchange of electronic discovery.

During this case management, counsel should also be prepared to discuss whether scheduling a settlement conference before a Magistrate Judge would be beneficial and the timing of any such settlement conference.

Based on the upcoming discovery deadline set by the District Court, this Court will also conduct a final discovery status conference on April 16, 2018 to report on what discovery has already been conducted and what, if anything, remains outstanding. **ONE WEEK IN ADVANCE** of this conference, counsel shall file a **joint discovery status report** which addresses the following:

    a.) what discovery has been propounded by each party;

    b.) whether the discovery requests have been answered;

    c.) the status of depositions, including:

        1. the number of depositions already taken;

        2. the number of remaining depositions and whether they have been scheduled; and

        3. an explanation of any delay in scheduling the remaining depositions;

    d.) whether there are any outstanding discovery disputes; and

    e.) the status of expert disclosures.

**DONE and ORDERED** in Chambers on April 2, 2018, at West Palm Beach in the Southern District of Florida.

/s/ Bruce Reinhart
_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE