UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 17-cv-81152-BLOOM/Reinhart

DONALD BURNS,

    Plaintiff,

vs.

TOWN OF PALM BEACH,

    Defendant.
_____/

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE FOR A
REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1, it is **ORDERED** that Defendant's Motion to Dismiss and/or for Summary Judgment, **ECF No. [21]**, is **REFERRED** to Magistrate Judge Bruce E. Reinhart for a Report and Recommendation.

**DONE AND ORDERED** in Miami, Florida, this 17th day of April, 2018.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record