UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:17-cv-81152-BLOOM/REINHART

DONALD BURNS,

    Plaintiff,

v.

TOWN OF PALM BEACH,
a Florida Municipal corporation,

    Defendant.
_____/

## JOINT MOTION TO STAY CASE MANAGEMENT DEADLINES

Plaintiff, Donald Burns ("Burns"), and Defendant, Town of Palm Beach ("Town"), jointly move the Court to extend certain pretrial deadlines not to affect the trial date and states:

1. Plaintiff filed his Complaint in this Court on October 13, 2017, and served Defendant, Town of Palm Beach, on October 17, 2017. The Complaint challenges the constitutionality of certain architectural review ordinances of the Town under the due process and equal protection clauses, as well as the First Amendment, to the U.S. Constitution.

2. On November 22, 2017, Defendant filed a Motion to Dismiss and/or for Summary Judgment, along with supporting exhibits.

3. On April 19, 2018, the Court referred the motion to Magistrate Judge Reinhart for a report and recommendation, who later informed the parties that the motion would be treated as a partial motion for summary judgment as to liability.

4. On April 24, 2018, Judge Reinhart requested the parties provide supplemental briefing, in part, on what impact, if any, *Masterpiece Cakeshop, Ltd. v. Colorado Civil Rights*

*Commission*, 370 P.3d 272 (Colorado Ct. App. 2015), *cert granted* in case No. 16-111 (6/26/2017), argument held December 15, 2017, which is pending decision this term by the United States Supreme Court, would have on the instance case.

5. Both parties agree that, although the Supreme Court may decide the *Masterpiece Cakeshop* case without impacting First Amendment jurisprudence, there is also the possibility that the future decision may provide guidance to this Court.

6. Oral argument on the Town's motion was held on May 17, 2018 by Judge Reinhart, who informed counsel that he intends to wait for the *Masterpiece Cakeshop* decision and seek further briefing from the parties after the decision issues before issuing his Report and Recommendation.

7. The parties agree that the impending expert witness disclosures and mediation would be greatly enhanced by a ruling from the Court on the Town's pending motion, and a stay of case management deadlines pending resolution of the Town's motion would conserve the Court's and parties' resources.

8. Accordingly, the parties jointly move the Court to stay all case management deadlines in the case until the Magistrate Judge issues his Report and Recommendation and schedules a case management conference.

## LOCAL RULE 7.1.A.3 CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(A)(3), the undersigned certify that they conferred in good faith and agree on the relief sought herein.

WHEREFORE, Plaintiff, Donald Burns, and Defendant, Town of Palm Beach, respectfully request that the Court enter an Order in the form attached as Exhibit "A" granting a stay of the case management deadlines, and any further relief the Court deems just and proper.

Dated this 21st day of May, 2018.

| | |
|---|---|
| HOLLAND & KNIGHT, LLP | JONES FOSTER JOHNSTON & STUBBS, P.A. |
| 50 North Laura Street, Suite 3900 | 505 South Flagler Drive, Suite 1100 |
| Jacksonville, FL 32202 | West Palm Beach, FL 33401 |
| Telephone: (904) 353-2000 | Telephone: (561) 659-3000 |
| Facsimile: (904) 358-1872 | Facsimile: (561) 650-5300 |
| | |
| By /s/ Jennifer A. Mansfield | By /s/Joanne M. O'Connor |
| Jennifer A. Mansfield, Esq. | Margaret L. Cooper, Esq. |
| Florida Bar No. 0186724 | Florida Bar No. 0217948 |
| jennifer.mansfield@hklaw.com | mcooper@jonesfoster.com |
| dawn.hewett@hklaw.com | Joanne M. O'Connor, Esq. |
| | Florida Bar No. 0498807 |
| | joconnor@jonesfoster.com |
| | John C. Randolph, Esq. |
| | Florida Bar No. 129000 |
| | jrandolph@jonesfoster.com |
| ***Attorney for Plaintiff*** | ***Attorney for Defendant*** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of May, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        Jones, Foster, Johnston & Stubbs, P.A.
*Attorneys for Defendant*
505 South Flagler Drive, Suite 1100
West Palm Beach, Florida 33401
Phone: 561-659-3000
Facsimile: 561-650-5300

By: /s/ Joanne M. O'Connor
    Margaret L. Cooper, Esq.
    Florida Bar No. 0217948
    mcooper@jonesfoster.com
    Joanne M. O'Connor, Esq.
    Florida Bar No. 0498807
    joconnor@jonesfoster.com
    John C. Randolph, Esq.
    Florida Bar No. 129000
    jrandolph@jonesfoster.com

SERVICE LIST
CASE NO.: 9:17-cv-81152-BLOOM/HOPKINS

Jennifer A. Mansfield, Esq.
Florida Bar No. 0186724
Primary: jennifer.mansfield@hklaw.com
Secondary: dawn.hewett@hklaw.com
50 North Laura Street, Suite 3900
Jacksonville, FL 32202
Telephone: (904) 353-2000
Facsimile:  (904) 358-1872
*Attorney for Plaintiff*

P:\DOCS\13156\00405\PLD\1UX1217.DOCX