# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:17-cv-81152-BLOOM/REINHART

DONALD BURNS,

    Plaintiff,

v.

TOWN OF PALM BEACH,
a Florida Municipal corporation,

    Defendant.
_____/

## ORDER STAYING CASE MANAGEMENT DEADLINES

THIS COMES before the Court on the parties' Joint Motion to Stay Case Management Deadlines (as reflected in D.E. 18 and D.E. 48), wherein they request the Court stay the case until the Magistrate Judge issues his Report and Recommendation pursuant to D.E. 53.

It is hereby ORDERED that:

1. The case is removed from the September 17, 2018 trial calendar and the case management deadlines are STAYED until the Magistrate Judge issues his Report and Recommendation pursuant to D.E. 53;

2. The Magistrate may require any additional briefing from the parties or hearings which in his discretion he deems necessary or prudent to issue his Report and Recommendation;

3. After filing of the Report and Recommendation, the Magistrate shall schedule a case management conference with the parties.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this ___ day of May, 2018.

                                                        _____
                                                        Beth Bloom
                                                        United States District Court Judge

Copy furnished all counsel.
P:\DOCS\13156\00405\PLD\1UX1219.DOCX