UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 17-cv-81152-BLOOM/Reinhart

DONALD BURNS,

    Plaintiff,

vs.

TOWN OF PALM BEACH,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before Court upon the parties' Joint Motion to Stay Case Management Deadlines, ECF No. [72] (the "Motion"), wherein they ask the Court to stay all deadlines within the Scheduling Order while awaiting the Report and Recommendation on the pending Motion for Summary Judgment ECF No. [21]. The Motion sets forth good cause for a stay of the deadlines. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Stay Case Management Deadlines, **ECF No. [72]**, is **GRANTED**.

2. All deadlines contained within the Court's Scheduling Order, **ECF No. [18]**, are **STAYED** until a Report and Recommendation is issued on the pending Motion for Summary Judgment, ECF No. [21]. At such time, the Court will issue an Amended Scheduling Order setting forth new pre-trial deadlines.

CASE No. 17-cv-81152-BLOOM/Reinhart

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of May, 2018.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record