# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:17-cv-81152-BLOOM/Reinhart

DONALD BURNS,

    Plaintiff,

v.

TOWN OF PALM BEACH,
a Florida Municipal corporation,

    Defendant.
_____/

## PROPOSED ORDER REGARDING DEFENDANT'S MOTION TO RECONSIDER AND REINSTATE STAY PENDING REPORT & RECOMMENDATION OR, IN THE ALTERNATIVE, TO EXTEND PRETRIAL DEADLINES

This cause came before the Court on the Town's Motion to Reconsider and Reinstate Stay Pending Report and Recommendation or, in the Alternative to Extend Pretrial Deadlines.

IT IS HEREBY ORDERED AND ADJUDGED that the Court shall withdraw its Amended Order Setting Trial and Pre-Trial Schedule and stay the case pending issuance of a Report and Recommendation by Magistrate Judge Reinhart.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of June, 2018.

                                                _____
                                                BETH BLOOM
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record.

P:\DOCS\13156\00405\PLD\1V76048.DOCX