UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No.  17-cv-81152-BLOOM/Reinhart

DONALD BURNS,

    Plaintiff,

vs.

TOWN OF PALM BEACH,

    Defendant.

_____/

## ORDER RESCHEDULING MEDIATION

The mediation conference in this case shall be held on **August 28, 2018 at 10 a.m.** with the Honorable Fred Hazouri at Matrix Mediation, 1655 Palm Beach Lakes Boulevard, Suite 700, West Palm Beach, Florida 33401.  The parties shall file a mediation report indicating whether all required parties were present by **August 31**, **2018**.  The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

**DONE AND ORDERED** in Miami, Florida, this 10th day of July, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record