UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:17-cv-81152-BLOOM/REINHART

DONALD BURNS,

    Plaintiff,

v.

TOWN OF PALM BEACH,
a Florida Municipal corporation,

    Defendant.
_____/

## JOINT MOTION TO STAY PENDING DISTRICT COURT'S RULING ON OBJECTIONS TO REPORT & RECOMMENDATION

Plaintiff, Donald Burns ("Burns"), and Defendant, Town of Palm Beach ("Town"), jointly move the Court to stay this case pending this Court's ruling on the Objections filed by Plaintiff, DONALD BURNS [D.E. 96], to the Report and Recommendation on Defendant's Motion to Dismiss and/or for Summary Judgment ("R&R") [D.E. 93]. In support, the parties state:

    1.    On July 13, 2018, Magistrate Judge Reinhart issued his Report and Recommendation ("R&R) recommending that this Court grant the Town's Motion to Dismiss and/or for Summary Judgment ("Town's Motion") [D.E. 21] and enter judgment in favor of the Town on both counts of the Complaint.

    2.    Plaintiff filed his Objections to the R&R pursuant to Rule 72(b) on July 27, 2018.[D.E. 96].

    3.    The Town has responded to the R&R. [D.E. 101, 102].

    4.    Plaintiff intends to soon file a Motion for Leave to File a Reply brief.

5. Pursuant to Rule 72(b)(3), this Court may accept, reject or modify the Magistrate Judge's recommended disposition, receive further evidence or return the matter to the Magistrate Judge with further instructions.

6. If the Court accepts the R&R, it will enter judgment in favor of the Town and the case will be concluded.

7. Pursuant to the Court's prior Orders at D.E. 80 and D.E. 88, this matter is presently set on the two-week trial calendar beginning December 10, 2018. Both parties have waived any right to a jury trial.

8. The Town has not yet answered given its timely filing of a dispositive motion.

9. A number of imminent pre-trial deadlines are approaching, including an August 31, 2018 deadline to mediate, to complete fact discovery and to disclose experts and exchange expert reports, a September 5, 2018 deadline to file pretrial and dispositive motions, and a September 15, 2018 deadline to exchange rebuttal expert witness reports.

10. The parties have previously scheduled mediation with former Judge Fred Hazouri on Tuesday, August 28th and intend to proceed with that mediation.

11. However, the completion of fact discovery, preparation of Rule 26 reports and preparation for and taking of expert depositions is expensive and time-consuming for both sides and would be unnecessary if the Court accepts the R&R.

**RELIEF REQUESTED**

12. The parties thus respectfully request that the Court stay this matter pending its ruling on Plaintiff's Objections to the R&R and remove the case from the December trial docket. A ruling in the Town's favor would eliminate expensive discovery and expert preparation. If the Court overruled the R&R, then the case can be reset with new deadlines in early 2019.

## LOCAL RULE 7.1.A.3 CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(A)(3), the undersigned certify that they conferred in good faith and agree on the relief sought herein.

WHEREFORE, Plaintiff, Donald Burns, and Defendant, Town of Palm Beach, respectfully request that the Court enter an Order in the form attached as Exhibit "A" staying the case pending the Court's ruling on Plaintiff's Objections to the Report and Recommendation issued by Magistrate Judge Reinhart, and awarding any further relief the Court deems just and proper.

Dated this 23rd day of August, 2018.

| | |
|---|---|
| HOLLAND & KNIGHT, LLP | JONES FOSTER JOHNSTON & STUBBS, P.A. |
| 50 North Laura Street, Suite 3900 | 505 South Flagler Drive, Suite 1100 |
| Jacksonville, FL 32202 | West Palm Beach, FL 33401 |
| Telephone: (904) 353-2000 | Telephone: (561) 659-3000 |
| Facsimile: (904) 358-1872 | Facsimile: (561) 650-5300 |
| | |
| By /s/ Jennifer A. Mansfield | By /s/ Margaret L. Cooper |
|     Jennifer A. Mansfield, Esq. |     Margaret L. Cooper, Esq. |
|     Florida Bar No. 0186724 |     Florida Bar No. 0217948 |
|     jennifer.mansfield@hklaw.com |     mcooper@jonesfoster.com |
|     lynette.mattison@hklaw.com |     Joanne M. O'Connor, Esq. |
| ***Attorney for Plaintiff*** |     Florida Bar No. 0498807 |
| |     joconnor@jonesfoster.com |
| |     John C. Randolph, Esq. |
| |     Florida Bar No. 129000 |
| |     jrandolph@jonesfoster.com |
| | ***Attorneys for Defendant*** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of August, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Jones, Foster, Johnston & Stubbs, P.A.
*Attorneys for Defendant*
505 South Flagler Drive, Suite 1100
West Palm Beach, Florida 33401
Phone: 561-659-3000
Facsimile: 561-650-5300


By:/s/ Margaret L. Cooper
    Margaret L. Cooper, Esq.
    Florida Bar No. 0217948
    mcooper@jonesfoster.com
    Joanne M. O'Connor, Esq.
    Florida Bar No. 0498807
    joconnor@jonesfoster.com
    John C. Randolph, Esq.
    Florida Bar No. 129000
    jrandolph@jonesfoster.com

SERVICE LIST
CASE NO.: 9:17-cv-81152-BLOOM/HOPKINS

Jennifer A. Mansfield, Esq.
Florida Bar No. 0186724
Primary: jennifer.mansfield@hklaw.com
Secondary: lynette.mattison@hklaw.com
50 North Laura Street, Suite 3900
Jacksonville, FL 32202
Telephone: (904) 353-2000
Facsimile: (904) 358-1872
*Attorney for Plaintiff*

P:\DOCS\13156\00405\PLD\1VN6404.DOCX