# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:17-cv-81152-BLOOM/REINHART

DONALD BURNS,

    Plaintiff,
v.

TOWN OF PALM BEACH,
a Florida Municipal corporation,

    Defendant.
_____/

## ORDER REGARDING
## JOINT MOTION TO STAY PENDING DISTRICT COURT'S RULING ON OBJECTIONS TO REPORT & RECOMMENDATION

THIS CAUSE came before the Court on the parties' Joint Motion to Stay Pending District Court's Ruling on Objections to Report and Recommendation, wherein they request the Court stay the case until the ruling on Objections to Report and Recommendation.

It is hereby ORDERED that the case is removed from the December trial docket and all case management deadlines are STAYED until the ruling on Objections to Report and Recommendation has been made. At such time, the Court will issue an Amended Scheduling Order setting forth new pre-trial deadlines.

**DONE AND ORDERED** in Chambers in Miami, Florida this ___ day of August, 2018.

                                                                                                     Beth Bloom
                                                                                                     United States District Court Judge

Copy furnished all counsel.
P:\DOCS\13156\00405\PLD\1VN6550.DOCX