UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 17-cv-81152-BLOOM/Reinhart

DONALD BURNS,

    Plaintiff,

vs.

TOWN OF PALM BEACH,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Joint Motion to Stay Pending District Court's Ruling on Objections to Report and Reccomendation, ECF No. [104] (the "Motion to Stay"), wherein the parties request the Court stay the case until the ruling on the Objections to the Report and Reccomendation and remove the case from the December trial docket. The Court agrees to the requested relief, in light of Magistrate Judge Reinhart's recommendation that this Court grant the Town of Palm Beach's Motion to Dismiss and/or for Summary Judgment. *See* ECF No. [93]. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Stay Pending District Court's Ruling on Objections to Report and Reccomendation, **ECF No. [104]**, is **GRANTED**.

2. The case is **REMOVED** from the **December trial docket**, and all deadlines contained within the Court's Scheduling Order, **ECF No. [18]**, are **STAYED** pending a ruling on the Objections to the Report and Reccomendation, ECF Nos. [93], [96], [102], [105]. At such time, the Court will issue an Amended Scheduling Order

CASE No.  17-cv-81152-BLOOM/Reinhart

setting forth new pre-trial deadlines and a new trial date, to the extent that any claims remain.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of August, 2018.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record