UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-81152-BLOOM/Reinhart

DONALD BURNS,

    Plaintiff,

v.

TOWN OF PALM BEACH,

    Defendant(s).
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon the Defendant's Verified Amended Motion for Attorneys' Fees, ECF No. [127], filed on October 12, 2021 ("Motion"). The Motion was previously referred to the Honorable Bruce E. Reinhart for a Report and Recommendations ("R&R"). *See* ECF No. [128]. On January 31, 2022, Magistrate Judge Reinhart issued an R&R recommending that the Motion be denied. ECF No. [132]. The R&R states that the parties shall file any objections within fourteen (14) days of the date of service of a copy of the R&R. *Id*. To date, the parties have filed no objections, nor have they sought additional time in which to do so.

Nevertheless, the Court has conducted a *de novo* review of the R&R and the record in this case and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion must be **DENIED** for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.    The R&R, **ECF No. [132]**, is **ADOPTED**.

Case No. 17-cv-81152-BLOOM/Reinhart

2. The Motion, **ECF No. [127]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 15, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record